**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **JTL Construction Corp.** |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-4883063** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **455 Tarrytown Rd. Suite # 1544 White Plains, NY 10607** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.jtlconstructioncorp.com** |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

1/18/18 4:38PM

Debtor    **JTL Construction Corp.**                                  Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **JTL Construction Corp.**                                    Case number *(if known)* _____
_____
Name

**11. Why is the case filed in *this district*?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____
Contact name    _____
Phone    _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | JTL Construction Corp. | Case number (*if known*) | |
| --- | --- | --- | --- |
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 18, 2018**
                        MM / DD / YYYY

**X** /s/ John Lomio                                            John Lomio
Signature of authorized representative of debtor            Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Robert L. Rattet                                    Date **January 18, 2018**
Signature of attorney for debtor                                    MM / DD / YYYY

**Robert L. Rattet 1674118**
Printed name

**Rattet PLLC**
Firm name

**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**1674118**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JTL Construction Corp.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-1 Mechanical Contracting 151 W. Industry Ct Deer Park, NY 11279 | | | | | | $444,900.00 |
| Access Plumbing 151  28th Street Brooklyn, NY 11232 | | | | | | $77,000.00 |
| Adco Electric 201 Edward Curry Ave. Staten Island, NY 10314 | | | | | | $98,000.00 |
| Burgess Steel 200 Wake Forest Ave PO B 5629 Englewood, NJ 06731 | | | | | | $103,895.00 |
| Clay Drywall 333 Ten Eyck St Brooklyn, NY 11232 | | | | | | $450,000.00 |
| Commercial Electric 1028  47th Ave Long Island City, NY 11101 | | | | | | $80,000.00 |
| Complete Business Solutions Group, Inc. 141 N. 2nd Street Philadelphia, PA 19106 | | | Disputed | $143,000.00 | $0.00 | $143,000.00 |
| Electrotech Services 39 West 14th Street New York, NY 10011 | | | | | | $83,100.00 |
| Firequest 151  28th Street Brooklyn, NY 11232 | | | | | | $73,260.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | JTL Construction Corp. | | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Forward Financing LLC Attn: Kim Emerling 36 Bromfield St - Suite 210 Boston, MA 02108** | | | **Disputed** | **$174,000.00** | **$0.00** | **$174,000.00** |
| **Forward Financing LLC Attn: Kim Emerling 36 Fromfield St - Suite 210 Boston, MA 02108** | | | | | | **$174,000.00** |
| **JKB Services 150 Remmington Blvd Ronkonkoma, NY 11779** | | | | | | **$189,032.00** |
| **Kaback Enterprise 45 West 33rd Street New York, NY 10010** | | | | | | **$440,915.00** |
| **Litespeed Electric 135 West 29th Street New York, NY 10001** | | | | | | **$110,000.00** |
| **Long Island Concrete 215-10 Hempstead Ave Queens Village, NY 11429** | | | | | | **$194,600.00** |
| **Rael Sprinkler 1750 Plaza Ave New Hyde Park, NY 11040** | | | | | | **$85,813.00** |
| **Rescom Woodworking 810 Humbolt St Brooklyn, NY** | | | | | | **$75,000.00** |
| **Vac Partitions 2717 Oceanside Rd Oceanside, NY 11572** | | | | | | **$122,000.00** |
| **Vitro Glass 30-94 31st Street Astoria, NY 11102** | | | | | | **$86,700.00** |
| **Yellow Stone 1 Evertrust Plaza Jersey City, NJ 07302** | | | **Disputed** | **$100,000.00** | **$0.00** | **$100,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **JTL Construction Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
| --- | --- | --- | --- |

| 2.1 | **Complete Business Solutions** | | |
| --- | --- | --- | --- |

Creditor's Name

**Group, Inc.**
**141 N. 2nd Street**
**Philadelphia, PA 19106**

Creditor's mailing address

Describe debtor's property that is subject to a lien     **$143,000.00**     **$0.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

| 2.2 | **Forward Financing LLC** | | |
| --- | --- | --- | --- |

Creditor's Name

**Attn: Kim Emerling**
**36 Bromfield St - Suite 210**
**Boston, MA 02108**

Creditor's mailing address

Describe debtor's property that is subject to a lien     **$174,000.00**     **$0.00**

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

**Debtor** **JTL Construction Corp.**
Name

Case number *(if know)* _____

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Kash Capital** | Describe debtor's property that is subject to a lien | $35,000.00 | $0.00 |

Creditor's Name

**475 Northern Blvd
FLR 3 - Suite 36
Great Neck, NY 11021**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Yellow Stone** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |

Creditor's Name

**1 Evertrust Plaza
Jersey City, NJ 07302**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $452,000.00

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**JTL Construction Corp.**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:     List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Internal Revenue Service**
**Special Procedures**
**P.O. Box 21126**
**Philadelphia, PA 19114**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYC Dept of Finance**
**66 John Street - Room 104**
**New York, NY 10038**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| Debtor | **JTL Construction Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**NYS Dept of Taxation & Finance**
**P.O. Box 5149**
**Albany, NY 12205**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**38 Street Hardware**
**1385 Broadway**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $444,900.00 |
|---|---|---|---|

**A-1 Mechanical Contracting**
**151 W. Industry Ct**
**Deer Park, NY 11279**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $77,000.00 |
|---|---|---|---|

**Access Plumbing**
**151  28th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,000.00 |
|---|---|---|---|

**Adco Electric**
**201 Edward Curry Ave.**
**Staten Island, NY 10314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alchemy Locksmith**
**473 FDR Drive K1404**
**New York, NY 10002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$66,000.00** |
|---|---|---|---|

**Atlantic Steel**
**74 Railroad Ave**
**Paterson, NJ 07501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Atlas Acon Electric**
**283 Hudson Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Authentic Brands Group LLC**
**100 West 33rd St**
**Ste 1007**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belle Lighting**
**225 West 34 Street**
**Ste 1518**
**New York, NY 10122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Black Hawk Inc**
**194 A Miller Inc**
**Hicksville, NY 11801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$103,895.00** |
|---|---|---|---|

**Burgess Steel**
**200 Wake Forest Ave**
**PO B 5629**
**Englewood, NJ 06731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Capital Merchant Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **JTL Construction Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,000.00** |
|---|---|---|
| **Capital One Bank** | ☐ Contingent | |
| **McLean Headquarters** | ☐ Unliquidated | |
| **1680 Capital One Drive** | ☐ Disputed | |
| **Mc Lean, VA 22102-3491** | | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|
| **Carpet Fashion** | ☐ Contingent | |
| **501 Fifth Ave** | ☐ Unliquidated | |
| **Rm 1144** | ☐ Disputed | |
| **New York, NY 10017** | | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$450,000.00** |
|---|---|---|
| **Clay Drywall** | ☐ Contingent | |
| **333 Ten Eyck St** | ☐ Unliquidated | |
| **Brooklyn, NY 11232** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$80,000.00** |
|---|---|---|
| **Commercial Electric** | ☐ Contingent | |
| **1028  47th Ave** | ☐ Unliquidated | |
| **Long Island City, NY 11101** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,886.00** |
|---|---|---|
| **Corporate Glass Solutions** | ☐ Contingent | |
| **385 Vinyard Ave** | ☐ Unliquidated | |
| **Highland, NY 12528** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|
| **Cosmopolian Painting** | ☐ Contingent | |
| **111 John Street** | ☐ Unliquidated | |
| **New York, NY 10038** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|---|---|---|
| **D & N** | ☐ Contingent | |
| **25-54  14th Street** | ☐ Unliquidated | |
| **Astoria, NY 11102** | ☐ Disputed | |
| | **Basis for the claim:** _ | |
| Date(s) debt was incurred _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |
| Last 4 digits of account number _ | | |

| Debtor | **JTL Construction Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00** |
|---|---|---|---|
| | **DFB Sales** | ☐ Contingent | |
| | **2108 Bordon Ave** | ☐ Unliquidated | |
| | **LIC, NY** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Doortec** | ☐ Contingent | |
| | **236  46th Street** | ☐ Unliquidated | |
| | **Brooklyn, NY 11220** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00** |
|---|---|---|---|
| | **Drimmers** | ☐ Contingent | |
| | **1608 Coney Island Ave** | ☐ Unliquidated | |
| | **Brooklyn, NY 11230** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00** |
|---|---|---|---|
| | **DSF Millwork** | ☐ Contingent | |
| | **401 US 202** | ☐ Unliquidated | |
| | **Raritan, NJ 08869** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,829.00** |
|---|---|---|---|
| | **Duane Morris** | ☐ Contingent | |
| | **1540 Broadway** | ☐ Unliquidated | |
| | **New York, NY 10036** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|---|---|---|---|
| | **Dynamic Construction** | ☐ Contingent | |
| | **30 Alice Lane** | ☐ Unliquidated | |
| | **Smithtown, NY 11787** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,100.00** |
|---|---|---|---|
| | **Electrotech Services** | ☐ Contingent | |
| | **39 West 14th Street** | ☐ Unliquidated | |
| | **New York, NY 10011** | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **JTL Construction Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Expressive Lighting**
245  8th Street
Brooklyn, NY 11220

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,911.57 |
|---|---|---|---|

**Federal Express**
P.O. Box 371461
Pittsburgh, PA 15250-7461

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,260.00 |
|---|---|---|---|

**Firequest**
151  28th Street
Brooklyn, NY 11232

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $174,000.00 |
|---|---|---|---|

**Forward Financing LLC**
Attn:  Kim Emerling
36 Fromfield St - Suite 210
Boston, MA 02108

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Goodmark Lighting**
232 Madison Ave
Suite 300
New York, NY 10016

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,000.00 |
|---|---|---|---|

**Granite State Insurance**
c/o  Fitzpatrick
401 Schoolhouse
Center Valley, PA

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Hardware Handyman of NYC Inc.**
1385 Broadway
New York, NY 10018

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **JTL Construction Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,830.75** |
|---|---|---|---|

**HIgh Rise Fire**
**144  21st Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Highland Glass**
**385 Vineyard Ave**
**Highland, NY 12528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,400.00** |
|---|---|---|---|

**Hoffman Floor Covering Inc**
**2 Commerce Dr**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$189,032.00** |
|---|---|---|---|

**JKB Services**
**150 Remmington Blvd**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440,915.00** |
|---|---|---|---|

**Kaback Enterprise**
**45 West 33rd Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,236.52** |
|---|---|---|---|

**Kew Management Corporation**
**1123 Broadway**
**Suite 407**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,000.00** |
|---|---|---|---|

**KI Walls**
**PO Box 20456**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JTL Construction Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**Landmark Paint**
**10 Dubon Ct**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,000.00 |
|---|---|---|---|

**Litespeed Electric**
**135 West 29th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194,600.00 |
|---|---|---|---|

**Long Island Concrete**
**215-10 Hempstead Ave**
**Queens Village, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,849.21 |
|---|---|---|---|

**Lovell Safety Management Co**
**110 William St**
**12th Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,100.00 |
|---|---|---|---|

**LPA Lighting**
**4 East 11th Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**M & D Doors**
**70 Flushing Avenue**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marjam**
**885 Conklin St.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | JTL Construction Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,258.78**

Maurice Nesheiwat
1916 Gary Road
Stewartsville, NJ 08886

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$548.50**

Metropolis Express
1123 Broadway
3rd Floor
New York, NY 10010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Muraflex
5502 Notre-Dam Est
Montreal Quebec HIN2C4

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00**

NY City Blinds
2673 Broadway
New York City, NY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$29,200.00**

NY Window Film Co, Inc.
87 Gazza Blvd
Farmingdale, NY 11735

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

On Point

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.54** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$19,616.00**

Par Plumbing
60 N. Prospect Ave
Lynbrook, NY 11563

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | JTL Construction Corp. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,716.00** |
|---|---|---|---|

**Pitkin Carpet**
**249 West 34th Street**
**Suite 403**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,813.00** |
|---|---|---|---|

**Rael Sprinkler**
**1750 Plaza Ave**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$36,500.00** |
|---|---|---|---|

**Redouane Benali Dab**
     **RCK Plumbing**
**200 Nassau Ave - Apt 1L**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75,000.00** |
|---|---|---|---|

**Rescom Woodworking**
**810 Humbolt St**
**Brooklyn, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert March Management**
**1915 McDonald Ave**
**Brooklyn, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rowan Construction**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,746.00** |
|---|---|---|---|

**Samuel Harrison Delivery**
**172-26  144 Ave**
**Queens, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **JTL Construction Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$582.48**

**Security By Design**
**155 Sullivan Lande**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Silverslate Group**
**149 Madison Avenue**
**Suite 202**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sirina Fire Protection Group**
**100 Herricks Rd**
**Garden City, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Smart Space**
**16 East 40th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Sophistcated Renovations Inc**
**19 Dank Ct**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.88**

**Spectrum Business**
**41-61 Kissena Blvd**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,222.00**

**Spiral Construction**
**383 Mclean Ave**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Standard Fire**
**10 Cain Drive**
**Brentwood, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,700.96**

**State Insurance Fund**
**199 Church St**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$26,000.00**

**Titan Builders**
**373 Herzel St**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**Topstone**
**149 Madison Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,804.00**

**Touchtell Electric**
**1897 Clove Rd**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00**

**Universal Plumbing Corp**
**2184 N. Fehr Way**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.75** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$122,000.00**

**Vac Partitions**
**2717 Oceanside Rd**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$86,700.00** |
|---|---|---|---|

**Vitro Glass**
**30-94  31st Street**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$68,100.00** |
|---|---|---|---|

**WSP Plumbing**
**195  28th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 3,691,942.65 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | $  3,691,942.65 |

# United States Bankruptcy Court
## Southern District of New York

In re   **JTL Construction Corp.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **John Lomio**<br>**17 Shelly Ave**<br>**Hartsdale, NY 10530** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **January 18, 2018**

Signature   **/s/ John Lomio**

**John Lomio**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of New York

In re    **JTL Construction Corp.**

Debtor(s)

Case No.

Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **January 18, 2018**

**/s/ John Lomio**

**John Lomio/President**
Signer/Title

38 STREET HARDWARE
1385 BROADWAY
NEW YORK, NY 10018


A-1 MECHANICAL CONTRACTING
151 W. INDUSTRY CT
DEER PARK, NY 11279


ACCESS PLUMBING
151 28TH STREET
BROOKLYN, NY 11232


ADCO ELECTRIC
201 EDWARD CURRY AVE.
STATEN ISLAND, NY 10314


ALCHEMY LOCKSMITH
473 FDR DRIVE K1404
NEW YORK, NY 10002


ATLANTIC STEEL
74 RAILROAD AVE
PATERSON, NJ 07501


ATLAS ACON ELECTRIC
283 HUDSON STREET
NEW YORK, NY 10003


AUTHENTIC BRANDS GROUP LLC
100 WEST 33RD ST
STE 1007
NEW YORK, NY 10001


BELLE LIGHTING
225 WEST 34 STREET
STE 1518
NEW YORK, NY 10122


BLACK HAWK INC
194 A MILLER INC
HICKSVILLE, NY 11801

```
BURGESS STEEL
200 WAKE FOREST AVE
PO B 5629
ENGLEWOOD, NJ 06731


CAPITAL MERCHANT SERVICES


CAPITAL ONE BANK
MCLEAN HEADQUARTERS
1680 CAPITAL ONE DRIVE
MC LEAN, VA 22102-3491


CARPET FASHION
501 FIFTH AVE
RM 1144
NEW YORK, NY 10017


CLAY DRYWALL
333 TEN EYCK ST
BROOKLYN, NY 11232


COMMERCIAL ELECTRIC
1028  47TH AVE
LONG ISLAND CITY, NY 11101


COMPLETE BUSINESS SOLUTIONS
     GROUP, INC.
141 N. 2ND STREET
PHILADELPHIA, PA 19106


CORPORATE GLASS SOLUTIONS
385 VINYARD AVE
HIGHLAND, NY 12528


COSMOPOLIAN PAINTING
111 JOHN STREET
NEW YORK, NY 10038


D & N
25-54  14TH STREET
ASTORIA, NY 11102
```

```
DFB SALES
2108 BORDON AVE
LIC, NY


DOORTEC
236 46TH STREET
BROOKLYN, NY 11220


DRIMMERS
1608 CONEY ISLAND AVE
BROOKLYN, NY 11230


DSF MILLWORK
401 US 202
RARITAN, NJ 08869


DUANE MORRIS
1540 BROADWAY
NEW YORK, NY 10036


DYNAMIC CONSTRUCTION
30 ALICE LANE
SMITHTOWN, NY 11787


ELECTROTECH SERVICES
39 WEST 14TH STREET
NEW YORK, NY 10011


EXPRESSIVE LIGHTING
245 8TH STREET
BROOKLYN, NY 11220


FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FIREQUEST
151 28TH STREET
BROOKLYN, NY 11232


FORWARD FINANCING LLC
ATTN: KIM EMERLING
36 FROMFIELD ST - SUITE 210
BOSTON, MA 02108
```

```
FORWARD FINANCING LLC
ATTN: KIM EMERLING
36 BROMFIELD ST - SUITE 210
BOSTON, MA 02108


GOODMARK LIGHTING
232 MADISON AVE
SUITE 300
NEW YORK, NY 10016


GRANITE STATE INSURANCE
C/O FITZPATRICK
401 SCHOOLHOUSE
CENTER VALLEY, PA


HARDWARE HANDYMAN OF NYC INC.
1385 BROADWAY
NEW YORK, NY 10018


HIGH RISE FIRE
144 21ST STREET
BROOKLYN, NY 11232


HIGHLAND GLASS
385 VINEYARD AVE
HIGHLAND, NY 12528


HOFFMAN FLOOR COVERING INC
2 COMMERCE DR
FARMINGDALE, NY 11735


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
P.O. BOX 21126
PHILADELPHIA, PA 19114


JKB SERVICES
150 REMMINGTON BLVD
RONKONKOMA, NY 11779


KABACK ENTERPRISE
45 WEST 33RD STREET
NEW YORK, NY 10010
```

KASH CAPITAL
475 NORTHERN BLVD
FLR 3 - SUITE 36
GREAT NECK, NY 11021


KEW MANAGEMENT CORPORATION
1123 BROADWAY
SUITE 407
NEW YORK, NY 10010


KI WALLS
PO BOX 20456
DALLAS, TX 75320


LANDMARK PAINT
10 DUBON CT
FARMINGDALE, NY 11735


LITESPEED ELECTRIC
135 WEST 29TH STREET
NEW YORK, NY 10001


LONG ISLAND CONCRETE
215-10 HEMPSTEAD AVE
QUEENS VILLAGE, NY 11429


LOVELL SAFETY MANAGEMENT CO
110 WILLIAM ST
12TH FLOOR
NEW YORK, NY 10038


LPA LIGHTING
4 EAST 11TH STREET
NEW YORK, NY 10003


M & D DOORS
70 FLUSHING AVENUE
BROOKLYN, NY 11205


MARJAM
885 CONKLIN ST.
FARMINGDALE, NY 11735

MAURICE NESHEIWAT
1916 GARY ROAD
STEWARTSVILLE, NJ 08886


METROPOLIS EXPRESS
1123 BROADWAY
3RD FLOOR
NEW YORK, NY 10010


MURAFLEX
5502 NOTRE-DAM EST
MONTREAL QUEBEC HIN2C4


NY CITY BLINDS
2673 BROADWAY
NEW YORK CITY, NY


NY WINDOW FILM CO, INC.
87 GAZZA BLVD
FARMINGDALE, NY 11735


NYC DEPT OF FINANCE
66 JOHN STREET - ROOM 104
NEW YORK, NY 10038


NYS DEPT OF TAXATION & FINANCE
P.O. BOX 5149
ALBANY, NY 12205


OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004


ON POINT


PAR PLUMBING
60 N. PROSPECT AVE
LYNBROOK, NY 11563


PITKIN CARPET
249 WEST 34TH STREET
SUITE 403
NEW YORK, NY 10018

RAEL SPRINKLER
1750 PLAZA AVE
NEW HYDE PARK, NY 11040


REDOUANE BENALI DAB
    RCK PLUMBING
200 NASSAU AVE - APT 1L
BROOKLYN, NY 11222


RESCOM WOODWORKING
810 HUMBOLT ST
BROOKLYN, NY


ROBERT MARCH MANAGEMENT
1915 MCDONALD AVE
BROOKLYN, NY


ROWAN CONSTRUCTION


SAMUEL HARRISON DELIVERY
172-26 144 AVE
QUEENS, NY 11434


SECURITY BY DESIGN
155 SULLIVAN LANDE
WESTBURY, NY 11590


SILVERSLATE GROUP
149 MADISON AVENUE
SUITE 202
NEW YORK, NY 10016


SIRINA FIRE PROTECTION GROUP
100 HERRICKS RD
GARDEN CITY, NY 11040


SMART SPACE
16 EAST 40TH STREET
NEW YORK, NY 10016


SOPHISTCATED RENOVATIONS INC
19 DANK CT
BROOKLYN, NY 11223

SPECTRUM BUSINESS
41-61 KISSENA BLVD
FLUSHING, NY 11355


SPIRAL CONSTRUCTION
383 MCLEAN AVE
YONKERS, NY 10704


STANDARD FIRE
10 CAIN DRIVE
BRENTWOOD, NY


STATE INSURANCE FUND
199 CHURCH ST
NEW YORK, NY 10007


TITAN BUILDERS
373 HERZEL ST
BROOKLYN, NY 11212


TOPSTONE
149 MADISON AVENUE
NEW YORK, NY 10016


TOUCHTELL ELECTRIC
1897 CLOVE RD
STATEN ISLAND, NY 10304


UNIVERSAL PLUMBING CORP
2184 N. FEHR WAY
BAY SHORE, NY 11706


VAC PARTITIONS
2717 OCEANSIDE RD
OCEANSIDE, NY 11572


VITRO GLASS
30-94 31ST STREET
ASTORIA, NY 11102


WSP PLUMBING
195 28TH STREET
BROOKLYN, NY 11232

```
YELLOW STONE
1 EVERTRUST PLAZA
JERSEY CITY, NJ 07302
```

# United States Bankruptcy Court
## Southern District of New York

In re   **JTL Construction Corp.**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JTL Construction Corp.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**January 18, 2018**

Date

**/s/ Robert L. Rattet**

**Robert L. Rattet 1674118**

Signature of Attorney or Litigant

Counsel for   **JTL Construction Corp.**

**Rattet PLLC**
**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**