RATTET PLLC
*Proposed Attorney for Debtor*
Robert L. Rattet, Esq.
202 Mamaroneck Avenue
Suite 300
White Plains, New York 10601
914.381.7400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
In re:                                :   Chapter 11
                                      :   Case No.: 18-22098 (RDD)
JTL CONSTRUCTION CORP.,               :
                                      :
                  Debtor.             :
                                      :
------------------------------------- x

**APPLICATION FOR AN ORDER
FOR FILING SCHEDULES OF ASSETS AND LIABILITIES
AND STATEMENT OF FINANCIAL AFFAIRS**

TO:    THE HONORABLE ROBERT D. DRAIN,
       UNITED STATES BANKRUPTCY JUDGE:

JTL CONSTRUCTION CORP., the above-captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, Rattet PLLC hereby submit this application (the "Application") for entry of an order extending the Debtor's time to file Schedules of Assets and Liabilities and Statement of Financial Affairs (collectively, the "Schedules"). In support of this Application, the Debtor respectfully states as follows:

**Jurisdiction**

1.    The Court has jurisdiction over this Application under 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

Venue of this proceeding and this Application in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory bases for the relief requested herein are §§ 521 of Title 11 of the United States Code, 11 U.S.C. §§101, et seq. (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

### Background

3. On January 18, 2018 (the "Petition Date"), the Debtor filed Voluntary Petitions for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in this Court.

4. The Debtor has continued in possession of their business and management of their business affairs pursuant to §§ 1107 and 1108 of the Bankruptcy Code.

5. No Trustee, Examiner or Creditors' Committee has been heretofore appointed in this proceeding.

6. The Debtor is in the construction business.

### RELIEF REQUESTED

7. The Debtor has only recently filed its Chapter 11 petition.

8. The Debtor needs to review its books and records, to ensure that the schedules filed in the case are complete and accurate.

9. The Debtor's principal, John T. Lomeo, has been ill with influenza for six out of the last seven days. He has been unable to come to this office to review and prepare the schedules.

10. Without extension, February 1, 2018 is the last date to file schedules.

11. Thus the Debtor seeks an extension of time, through February 15, 2018 to complete and file its Statement of Financial Affairs and Schedule of Assets and Liabilities.

12. The Debtor's books and records, which are needed to complete the schedules, are currently being reviewed by the Debtor, together with their proposed counsel, in order to gather and analyze the information needed to file the Schedules. The Debtor expects to have all necessary information to enable them to complete the preparation of the aforementioned schedules by February 15, 2018, and thus the Debtor desires an extension of time until such date within which to complete and file its Statement of Financial Affairs and Schedule of Assets and Liabilities.

13. A copy of the Proposed Order is annexed hereto.

14. No prior request for the relief sought herein has been made heretofore.

WHEREFORE, the Debtor respectfully request that the Court enter the pre-fixed Order extending to and until February 15, 2018, the date by which the Debtor's Statement of Financial Affairs and Schedule of Assets and Liabilities must be filed herein, and for such other and further relief as is just and proper under the circumstances.

Dated:   White Plains, New York
         February 1, 2018

                RATTET PLLC
                *Proposed Attorneys for Debtor*

                By:   /s/ Robert L. Rattet
                      Robert L. Rattet
                202 Mamaroneck Avenue
                Suite 300
                White Plains, New York 10601
                914.381.7400

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
In re: : Chapter 11
: Case No.: 18-22098
JTL CONSTRUCTION CORP., :
:
Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

# ORDER EXTENDING TIME FOR FILING
# SCHEDULES OF ASSETS AND LIABILITIES
# AND STATEMENT OF FINANCIAL AFFAIRS

**UPON** reading and consideration of the application of JTL Construction Corp., the above-captioned debtor and debtor-in-possession (the "Debtor"), by its proposed attorneys, Rattet PLLC, for an Order extending the time within which said Debtor must file its Schedule of Assets and Liabilities and Statement of Financial Affairs, and the Court being satisfied that cause exists for the granting of said application and the entry of this Order, the Court being further satisfied that no purpose would be served by any further notice or hearing on said application, and good cause appearing, it is hereby

**ORDERED**, that the Debtor is granted until February 15, 2018 to file its Schedules of Assets and Liabilities and Statement of Financial Affairs.

Dated:   White Plains, New York
         February __, 2018

_____
HONORABLE ROBERT D. DRAIN
UNITED STATES BANKRUPTCY JUDGE

2