**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)*  __18-22098_____    Chapter  __11__

☐ Check if this an
  amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **JTL Construction Corp.** | |
| 2. | All other names debtor used in the last 8 years <br><br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **45-4883063** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | Principal place of business | Mailing address, if different from principal place of business |
| | | **455 Tarrytown Rd.** <br> **Suite # 1544** <br> **White Plains, NY 10607** <br> Number, Street, City, State & ZIP Code | _____ <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Westchester** <br> County | Location of principal assets, if different from principal place of business <br><br> _____ <br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.jtlconstructioncorp.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

3/01/18  9:36AM

Debtor    **JTL Construction Corp.**                                      Case number (*if known*)   **18-22098**
          Name

**7.   Describe debtor's business**    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      ____

**8.   Under which chapter of the
Bankruptcy Code is the
debtor filing?**    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check all that apply*:

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
        are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small
        business debtor, attach the most recent balance sheet, statement of operations, cash-flow
        statement, and federal income tax return or if all of these documents do not exist, follow the
        procedure in 11 U.S.C. § 1116(1)(B).

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
        accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
        Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
        *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11*
        (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

**9.   Were prior bankruptcy
cases filed by or against
the debtor within the last 8
years?**

If more than 2 cases, attach a
separate list.

    ■ No.

    ☐ Yes.

      District _____    When _____    Case number _____

      District _____    When _____    Case number _____

**10.   Are any bankruptcy cases
pending or being filed by a
business partner or an
affiliate of the debtor?**

List all cases. If more than 1,
attach a separate list

    ■ No

    ☐ Yes.

      Debtor _____    Relationship _____

      District _____    When _____    Case number, if known _____

3/01/18 9:36AM

| Debtor | JTL Construction Corp. | Case number (*if known*) | 18-22098 |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **JTL Construction Corp.** | Case number (*if known*) | **18-22098** |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  1, 2018**
MM / DD / YYYY

**X** /s/ John Lomio                                    John Lomio
Signature of authorized representative of debtor        Printed name

Title    **President**

**18. Signature of attorney**

**X** /s/ Robert L. Rattet                              Date **March  1, 2018**
Signature of attorney for debtor                        MM / DD / YYYY

**Robert L. Rattet 1674118**
Printed name

**Rattet PLLC**
Firm name

**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**
Number, Street, City, State & ZIP Code

Contact phone _____    Email address _____

**1674118**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **JTL Construction Corp.**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF NEW YORK

Case number (if known)   **18-22098**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 1, 2018**    X **/s/ John Lomio**
                                            Signature of individual signing on behalf of debtor

                                            **John Lomio**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **JTL Construction Corp.** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | **18-22098** |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A-1 Mechanical Contracting 151 W. Industry Ct Deer Park, NY 11279 | | | | | | $444,900.00 |
| Access Plumbing 151  28th Street Brooklyn, NY 11232 | | | | | | $77,000.00 |
| Adco Electric 201 Edward Curry Ave. Staten Island, NY 10314 | | | | | | $98,000.00 |
| Burgess Steel 200 Wake Forest Ave PO B 5629 Englewood, NJ 06731 | | | | | | $103,895.00 |
| Clay Drywall 333 Ten Eyck St Brooklyn, NY 11232 | | | | | | $450,000.00 |
| Commercial Electric 1028  47th Ave Long Island City, NY 11101 | | | | | | $80,000.00 |
| Complete Business Solutions Group, Inc. 141 N. 2nd Street Philadelphia, PA 19106 | | | Disputed | $143,000.00 | $0.00 | $143,000.00 |
| Electrotech Services 39 West 14th Street New York, NY 10011 | | | | | | $83,100.00 |
| Firequest 151  28th Street Brooklyn, NY 11232 | | | | | | $73,260.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | JTL Construction Corp. | | Case number *(if known)* | 18-22098 |
|--------|------------------------|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Forward Financing LLC Attn:  Kim Emerling 36 Bromfield St - Suite 210 Boston, MA 02108 | | | Disputed | $174,000.00 | $0.00 | $174,000.00 |
| Forward Financing LLC Attn:  Kim Emerling 36 Fromfield St - Suite 210 Boston, MA 02108 | | | | | | $174,000.00 |
| JKB Services 150 Remmington Blvd Ronkonkoma, NY 11779 | | | | | | $189,032.00 |
| Kaback Enterprise 45 West 33rd Street New York, NY 10010 | | | | | | $440,915.00 |
| Litespeed Electric 135 West 29th Street New York, NY 10001 | | | | | | $110,000.00 |
| Long Island Concrete 215-10 Hempstead Ave Queens Village, NY 11429 | | | | | | $194,600.00 |
| Rael Sprinkler 1750 Plaza Ave New Hyde Park, NY 11040 | | | | | | $85,813.00 |
| Rescom Woodworking 810 Humbolt St Brooklyn, NY | | | | | | $75,000.00 |
| Vac Partitions 2717 Oceanside Rd Oceanside, NY 11572 | | | | | | $122,000.00 |
| Vitro Glass 30-94  31st Street Astoria, NY 11102 | | | | | | $86,700.00 |
| Yellow Stone 1 Evertrust Plaza Jersey City, NJ 07302 | | | Disputed | $100,000.00 | $0.00 | $100,000.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

3/01/18 9:36AM

**Fill in this information to identify the case:**

Debtor name      **JTL Construction Corp.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **18-22098**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................    $      **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................    $      **0.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................    $      **0.00**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $      **452,000.00**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................    $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      **3,691,942.65**

4.   Total liabilities ....................................................................................................
    Lines 2 + 3a + 3b      $      **4,143,942.65**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

3/01/18  9:36AM

**Fill in this information to identify the case:**

Debtor name     **JTL Construction Corp.**

United States Bankruptcy Court for the:     SOUTHERN DISTRICT OF NEW YORK

Case number (if known)     **18-22098**

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---------|---------------------------|

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---------|--------------------------|

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---------|---------------------|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.    See Attached Schedule of Accounts Receivables.

| 11. | **Accounts receivable** | | | | | |
|-----|------------------------|---|---|---|---|---|
| | 11a. 90 days old or less: | **2,573,362.00** | - | **2,573,362.00** | = .... | **$0.00** |
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | |
|-----|---------------------|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | **$0.00** |

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|----------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| JTL Construction Corp. | | | |
|---|---|---|---|
| AR List | Amount open | Collectability[1] | 3A /Monies[2] |
| Market Lane | $1,500,000 | DISPUTED | 100% |
| Asia | $51,000 | DISPUTED | 100% |
| Brooklyn Law | $380,000 | DISPUTED | 100% |
| Gamma Realty | $152,000 | DISPUTED | 100% |
| Jordache | $38,895 | DISPUTED | 100% |
| 1210 2ave / ASC | $56,000 | DISPUTED | 75% |
| Little Hunter | $389,467 | DISPUTED | 100% |
| Pratt University | $6,000 | DISPUTED | 100% |
| | | | |
| TOTAL | $2,573,362 | | |

[1] Owners and Managers disputing because of outstanding 3A's claims and potential and actual liens.

[2] All projects in various stages of completion.  Debtor has been terminated.

| Debtor | **JTL Construction Corp.** | Case number *(If known)* | **18-22098** |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **JTL Construction Corp.** | Case number *(If known)* **18-22098** |
|---|---|---|
| | Name | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $0.00 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **JTL Construction Corp.**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF NEW YORK

Case number (if known)  **18-22098**

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
| **2.1** **Complete Business Solutions** <br> Creditor's Name <br> **Group, Inc.** <br> **141 N. 2nd Street** <br> **Philadelphia, PA 19106** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien | $143,000.00 | $0.00 |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

| **2.2** **Forward Financing LLC** <br> Creditor's Name <br> **Attn:  Kim Emerling** <br> **36 Bromfield St - Suite 210** <br> **Boston, MA 02108** <br> Creditor's mailing address | Describe debtor's property that is subject to a lien | $174,000.00 | $0.00 |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

3/01/18  9:36AM

| Debtor | **JTL Construction Corp.** | Case number *(if know)* | **18-22098** |
|---|---|---|---|
| | Name | | |

■ No

☐ Contingent
☐ Unliquidated
■ Disputed

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.3 | **Kash Capital** | Describe debtor's property that is subject to a lien | $35,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**475 Northern Blvd
FLR 3 - Suite 36
Great Neck, NY 11021**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Yellow Stone** | Describe debtor's property that is subject to a lien | $100,000.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**1 Evertrust Plaza
Jersey City, NJ 07302**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its
priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $452,000.00

---

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did
you enter the related creditor? | Last 4 digits of
account number for
this entity |
|---|---|---|

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **JTL Construction Corp.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF NEW YORK

Case number (if known) **18-22098**

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **Internal Revenue Service**<br>**Special Procedures**<br>**P.O. Box 21126**<br>**Philadelphia, PA 19114** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 | $0.00 |
| **NYC Dept of Finance**<br>**66 John Street - Room 104**<br>**New York, NY 10038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number | Is the claim subject to offset? | | |
| Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **JTL Construction Corp.** | Case number (if known) | **18-22098** |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**NYS Dept of Taxation & Finance**
**P.O. Box 5149**
**Albany, NY 12205**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**38 Street Hardware**
**1385 Broadway**
**New York, NY 10018**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$444,900.00** |
|---|---|---|---|

**A-1 Mechanical Contracting**
**151 W. Industry Ct**
**Deer Park, NY 11279**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$77,000.00** |
|---|---|---|---|

**Access Plumbing**
**151  28th Street**
**Brooklyn, NY 11232**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$98,000.00** |
|---|---|---|---|

**Adco Electric**
**201 Edward Curry Ave.**
**Staten Island, NY 10314**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alchemy Locksmith**
**473 FDR Drive K1404**
**New York, NY 10002**

Date(s) debt was incurred _

Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | JTL Construction Corp. | Case number (if known) | 18-22098 |
|--------|------------------------|------------------------|----------|
| | Name | | |

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,000.00**

**Atlantic Steel**
74 Railroad Ave
Paterson, NJ 07501

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Atlas Acon Electric**
283 Hudson Street
New York, NY 10003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Authentic Brands Group LLC**
100 West 33rd St
Ste 1007
New York, NY 10001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Belle Lighting**
225 West 34 Street
Ste 1518
New York, NY 10122

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Black Hawk Inc**
194 A Miller Inc
Hicksville, NY 11801

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$103,895.00**

**Burgess Steel**
200 Wake Forest Ave
PO B 5629
Englewood, NJ 06731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Capital Merchant Services**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | JTL Construction Corp. | | Case number (if known) | 18-22098 |
|---|---|---|---|---|
| | Name | | | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|
| | **Capital One Bank** | ☐ Contingent | |
| | **McLean Headquarters** | ☐ Unliquidated | |
| | **1680 Capital One Drive** | ☐ Disputed | |
| | **Mc Lean, VA 22102-3491** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Carpet Fashion** | ☐ Contingent | |
| | **501 Fifth Ave** | ☐ Unliquidated | |
| | **Rm 1144** | ☐ Disputed | |
| | **New York, NY 10017** | | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $450,000.00 |
|---|---|---|---|
| | **Clay Drywall** | ☐ Contingent | |
| | **333 Ten Eyck St** | ☐ Unliquidated | |
| | **Brooklyn, NY 11232** | ☐ Disputed | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80,000.00 |
|---|---|---|---|
| | **Commercial Electric** | ☐ Contingent | |
| | **1028 47th Ave** | ☐ Unliquidated | |
| | **Long Island City, NY 11101** | ☐ Disputed | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50,886.00 |
|---|---|---|---|
| | **Corporate Glass Solutions** | ☐ Contingent | |
| | **385 Vinyard Ave** | ☐ Unliquidated | |
| | **Highland, NY 12528** | ☐ Disputed | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,000.00 |
|---|---|---|---|
| | **Cosmopolian Painting** | ☐ Contingent | |
| | **111 John Street** | ☐ Unliquidated | |
| | **New York, NY 10038** | ☐ Disputed | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,000.00 |
|---|---|---|---|
| | **D & N** | ☐ Contingent | |
| | **25-54 14th Street** | ☐ Unliquidated | |
| | **Astoria, NY 11102** | ☐ Disputed | |
| | | **Basis for the claim:** _ | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | JTL Construction Corp. | Case number (if known) | 18-22098 |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$15,500.00**

DFB Sales
2108 Bordon Ave
LIC, NY

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

Doortec
236  46th Street
Brooklyn, NY 11220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,600.00**

Drimmers
1608 Coney Island Ave
Brooklyn, NY 11230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,000.00**

DSF Millwork
401 US 202
Raritan, NJ 08869

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,829.00**

Duane Morris
1540 Broadway
New York, NY 10036

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

Dynamic Construction
30 Alice Lane
Smithtown, NY 11787

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$83,100.00**

Electrotech Services
39 West 14th Street
New York, NY 10011

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

3/01/18 9:36AM

| Debtor | **JTL Construction Corp.** | | Case number (if known) | **18-22098** |
|---|---|---|---|---|
| | Name | | | |

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,000.00**

**Expressive Lighting**
245  8th Street
Brooklyn, NY 11220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,911.57**

**Federal Express**
P.O. Box 371461
Pittsburgh, PA 15250-7461

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$73,260.00**

**Firequest**
151  28th Street
Brooklyn, NY 11232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$174,000.00**

**Forward Financing LLC**
Attn:  Kim Emerling
36 Fromfield St - Suite 210
Boston, MA 02108

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00**

**Goodmark Lighting**
232 Madison Ave
Suite 300
New York, NY 10016

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00**

**Granite State Insurance**
c/o  Fitzpatrick
401 Schoolhouse
Center Valley, PA

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Hardware Handyman of NYC Inc.**
1385 Broadway
New York, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number (if known) | **18-22098** |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,830.75** |
|---|---|---|---|

**HIgh Rise Fire**
**144  21st Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Highland Glass**
**385 Vineyard Ave**
**Highland, NY 12528**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,400.00** |
|---|---|---|---|

**Hoffman Floor Covering Inc**
**2 Commerce Dr**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$189,032.00** |
|---|---|---|---|

**JKB Services**
**150 Remmington Blvd**
**Ronkonkoma, NY 11779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$440,915.00** |
|---|---|---|---|

**Kaback Enterprise**
**45 West 33rd Street**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$42,236.52** |
|---|---|---|---|

**Kew Management Corporation**
**1123 Broadway**
**Suite 407**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$39,000.00** |
|---|---|---|---|

**KI Walls**
**PO Box 20456**
**Dallas, TX 75320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number (if known) | **18-22098** |
|---|---|---|---|
| | Name | | |

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Landmark Paint**
**10 Dubon Ct**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00** |
|---|---|---|---|

**Litespeed Electric**
**135 West 29th Street**
**New York, NY 10001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$194,600.00** |
|---|---|---|---|

**Long Island Concrete**
**215-10 Hempstead Ave**
**Queens Village, NY 11429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,849.21** |
|---|---|---|---|

**Lovell Safety Management Co**
**110 William St**
**12th Floor**
**New York, NY 10038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,100.00** |
|---|---|---|---|

**LPA Lighting**
**4 East 11th Street**
**New York, NY 10003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**M & D Doors**
**70 Flushing Avenue**
**Brooklyn, NY 11205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marjam**
**885 Conklin St.**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | JTL Construction Corp. | Case number (if known) | 18-22098 |
|---|---|---|---|
| | Name | | |

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,258.78 |
|---|---|---|---|

**Maurice Nesheiwat**
**1916 Gary Road**
**Stewartsville, NJ 08886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $548.50 |
|---|---|---|---|

**Metropolis Express**
**1123 Broadway**
**3rd Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Muraflex**
**5502 Notre-Dam Est**
**Montreal Quebec HIN2C4**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,200.00 |
|---|---|---|---|

**NY City Blinds**
**2673 Broadway**
**New York City, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,200.00 |
|---|---|---|---|

**NY Window Film Co, Inc.**
**87 Gazza Blvd**
**Farmingdale, NY 11735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**On Point**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,616.00 |
|---|---|---|---|

**Par Plumbing**
**60 N. Prospect Ave**
**Lynbrook, NY 11563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | JTL Construction Corp. | Case number (if known) | 18-22098 |
|---|---|---|---|
| | Name | | |

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $11,716.00 |
|---|---|---|---|

**Pitkin Carpet**
**249 West 34th Street**
**Suite 403**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $85,813.00 |
|---|---|---|---|

**Rael Sprinkler**
**1750 Plaza Ave**
**New Hyde Park, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,500.00 |
|---|---|---|---|

**Redouane Benali Dab**
   **RCK Plumbing**
**200 Nassau Ave - Apt 1L**
**Brooklyn, NY 11222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75,000.00 |
|---|---|---|---|

**Rescom Woodworking**
**810 Humbolt St**
**Brooklyn, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert March Management**
**1915 McDonald Ave**
**Brooklyn, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rowan Construction**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,746.00 |
|---|---|---|---|

**Samuel Harrison Delivery**
**172-26  144 Ave**
**Queens, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number (if known) | **18-22098** |
|---|---|---|---|
| | Name | | |

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$582.48**

**Security By Design**
**155 Sullivan Lande**
**Westbury, NY 11590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Silverslate Group**
**149 Madison Avenue**
**Suite 202**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Sirina Fire Protection Group**
**100 Herricks Rd**
**Garden City, NY 11040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,000.00**

**Smart Space**
**16 East 40th Street**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,000.00**

**Sophistcated Renovations Inc**
**19 Dank Ct**
**Brooklyn, NY 11223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$389.88**

**Spectrum Business**
**41-61 Kissena Blvd**
**Flushing, NY 11355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$33,222.00**

**Spiral Construction**
**383 Mclean Ave**
**Yonkers, NY 10704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **JTL Construction Corp.**
Name
Case number (if known)  **18-22098**

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Standard Fire**
**10 Cain Drive**
**Brentwood, NY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,700.96 |

**State Insurance Fund**
**199 Church St**
**New York, NY 10007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,000.00 |

**Titan Builders**
**373 Herzel St**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |

**Topstone**
**149 Madison Avenue**
**New York, NY 10016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,804.00 |

**Touchtell Electric**
**1897 Clove Rd**
**Staten Island, NY 10304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Universal Plumbing Corp**
**2184 N. Fehr Way**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $122,000.00 |

**Vac Partitions**
**2717 Oceanside Rd**
**Oceanside, NY 11572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **JTL Construction Corp.** | Case number (*if known*) | **18-22098** |
|---|---|---|---|
| | Name | | |

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$86,700.00** |
|---|---|---|---|

**Vitro Glass**
**30-94 31st Street**
**Astoria, NY 11102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,100.00** |
|---|---|---|---|

**WSP Plumbing**
**195 28th Street**
**Brooklyn, NY 11232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b.  + | $ 3,691,942.65 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 3,691,942.65 |

**Fill in this information to identify the case:**

Debtor name      **JTL Construction Corp.**

United States Bankruptcy Court for the:      SOUTHERN DISTRICT OF NEW YORK

Case number (if known)      **18-22098**

☐ Check if this is an
    amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal   Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.2  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.3  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |
| 2.4  State what the contract or lease is for and the nature of the debtor's interest | |
|       State the term remaining | |
|       List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name __JTL Construction Corp.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF NEW YORK__

Case number (if known) __18-22098__

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1  **John Lomio** | **17 Shelly Avenue**<br>**Scarsdale, NY 10583** | **Complete Business Solutions** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2  **John Lomio** | **17 Shelly Avenue**<br>**Scarsdale, NY 10583** | **Forward Financing LLC** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3  **John Lomio** | **17 Shelly Avenue**<br>**Scarsdale, NY 10583** | **Kash Capital** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4  **John Lomio** | **17 Shelly Avenue**<br>**Scarsdale, NY 10583** | **Yellow Stone** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **JTL Construction Corp.**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF NEW YORK

Case number (if known)    **18-22098**

☐ Check if this is an amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1. **Gross revenue from business**

   ■ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |
   | 3.1.    **See Attached Schedule - 90 Day Check Run** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| JTL CONSTRUCTION CORP. | | | |
|---|---|---|---|
| **90 DAY CHCEK RUN** | | | |
| | | | |
| **DESCRIPTION** | **AMOUNT** | | **DATE** |
| SPIARL CONSTRUCTION /JORDACHE | $2,000 | 10 | 13-Oct |
| SPIRAL CONSTRUCTION /STUDENT ART | $2,700 | 11 | 13-Oct |
| VOID | | 12 | |
| ROWAN | $6,912 | 13 | 12-Oct |
| ELECTROTECH / BKLY LAW | $5,000 | 14 | 12-Oct |
| VOID | | 15 | |
| VOID | | 16 | |
| VOID | | 17 | |
| NYC BLINDS / GAMMA | $4,000 | 18 | 20-Oct |
| | | 19 | |
| VICTOR DEFELIE / PAYROLL | $200 | 20 | 20-Oct |
| CHAZ ELLIS / PAYROLL | $1,476 | 21 | 20-Oct |
| VOID | | 22 | |
| SAM GREEN | $1,248 | 23 | 20-Oct |
| ANTHONY MORRIS / PAYROLL | $1,593 | 24 | 20-Oct |
| NICK GORDON /PAYROLL | $610 | 25 | 20-Oct |
| ACADEMY LOCK/ GAMMA | $1,000 | 26 | 20-Oct |
| LARRY RUSH | | 27 | 20-Oct |
| EVAN RENTON/ PAYROLL | $300 | 28 | 20-Oct |
| HARRY HUBERT /PAYROLL | $1,036 | 29 | 20-Oct |
| TOMAS DALEY /PAYROLL | $822 | 30 | 20-Oct |
| SPIRAL CONSTRUCTION / GAMMA | $20,000 | 31 | 20-Oct |
| RESCOM WOODWORKING / BKLY LAW | $10,000 | 32 | 20-Oct |
| DAN HULERT / PAYROLL | $2,500 | 33 | 20-Oct |
| D&N PROPERTIES /RENT | $3,250 | 34 | 20-Oct |
| VOID | | 35 | |
| VOID | | 36 | |
| ARMOND RAVA / PAYROLL | $1,200 | 37 | 21-Oct |
| VITRO GLASS / GAMMA | $17,000 | 38 | 23-Oct |
| ELECTROTECH / BKLY LAW | $5,000 | 39 | 23-Oct |
| DEANNA LOMIO | $1,000 | 40 | 23-Oct |
| VOID | | 41 | |
| A-1 EXPERT MECH./ BKLY LAW | $20,000 | 42 | 23-Oct |
| LARRY RUSH | $3,600 | 43 | 23-Oct |
| SAM GREEN | $60 | 44 | 23-Oct |
| EXPRESSIVE LIGHTING / BKLY LAW | $15,000 | 45 | 23-Oct |
| NIC DI /AISA MILWORK | $4,750 | 46 | 24-Oct |
| TOP SERVIES | $1,000 | 47 | 24-Oct |
| VOID | | 48 | |
| CHAZ ELLIS / PAYROLL | $160 | 49 | 27-Oct |

| | | | |
|---|---|---|---|
| TOP SERVIES | $1,000 | 50 | 27-Oct |
| KEN SASS / PAYROLL | | 51 | 27-Oct |
| KEN SASS / PAYROLL | $1,278.00 | 52 | 1-Nov |
| SILVER SLATE /JORDACHE | $3,000 | 53 | 31-Oct |
| VOID | | 54 | |
| VOID | | 55 | |
| LARRY RUSH | $3,450 | 56 | 9-Nov |
| EVAN RENTON/ PAYROLL | $150 | 57 | 9-Nov |
| D&N PROPERTIES /RENT | $3,250 | 58 | 9-Nov |
| CON ED | $827 | 59 | 9-Nov |
| OPTIMUM | $638 | 60 | 9-Nov |
| HARRY HUBERT /PAYROLL | $2,068 | 61 | 9-Nov |
| EVAN RENTON/ PAYROLL | $300 | 62 | 9-Nov |
| ARMOND RAVA / PAYROLL | $1,217.02 | 63 | 9-Nov |
| ROMNE WHITE /BANKING | $1,350.00 | 64 | 9-Nov |
| DESIREE DEEMS | $1,200.00 | 65 | 9-Nov |
| VOID | | 66 | |
| VOID | | 67 | |
| SALVATORE TRIZZNO/ LOCKSMITH/bkly | $3,500 | 68 | 9-Nov |
| TOMAS DALEY /PAYROLL | $822 | 69 | 9-Nov |
| VOID | | 70 | |
| DAN HULERT / PAYROLL | $5,000 | 71 | 10-Nov |
| JOHN T LOMIO / PAYROLL | $700 | 72 | 10-Nov |
| SPIRAL CONSTRUCTION / GAMMA | $5,000 | 73 | 13-Nov |
| ELECTROTECH / BKLY LAW | $5,000 | 74 | 13-Nov |
| CHAZ ELLIS / PAYROLL | $1,600 | 75 | 13-Nov |
| TOMAS DALEY /PAYROLL | $822 | 76 | 10-Nov |
| HAROLD BEPOTA / PAYROLL | $1,500 | 77 | 10-Nov |
| A-1 EXPERT MECH./ ??? | $15,000 | 78 | 10-Nov |
| ANTHONY MORRIS / PAYROLL | $600 | 79 | 10-Nov |
| LANDMARK PAINTING /BKLY LAW | $5,000 | 80 | 13-Nov |
| VITRO GLASS / 58ST | $10,800 | 81 | 13-Nov |
| TITAN BUILDERS /58ST | $16,000 | 82 | 14-Nov |
| HAROLD BEPOTA / PAYROLL | $1,000 | 83 | 15-Nov |
| MAURICE NESHEIWAT /PAYROLL | $1,000 | 84 | 15-Nov |
| VOID | | 85 | |
| VICTOR DEFELIE / PAYROLL | $907.24 | 86 | 16-Nov |
| LARRY RUSH | $1,000 | 87 | 17-Nov |
| JOHN LOMIO /EXP AISA / GAMMA | $2,742.53 | 88 | 17-Nov |
| SALVATORE TRIZZNO/ LOCKSMITH/GAMMA | $300 | 89 | 20-Nov |
| EXPRESSIVE LIGHTING / BKLY LAW | $10,000 | 90 | 17-Nov |
| TOMAS DALEY /PAYROLL | $600 | 91 | 22-Nov |
| CHAZ ELLIS / PAYROLL | $600 | 92 | 22-Nov |
| HARRY HUBERT /PAYROLL | $400 | 93 | 22-Nov |

| | | | |
|---|---|---|---|
| JOHN LOMIO | $1,800 | 94 | 28-Nov |
| COMMERICAL ELE /GAMMA | $27,900 | 95 | 29-Nov |
| SALVATORE TRIZZNO/ LOCKSMITH BKLY | $1,500 | 96 | 29-Nov |
| CHAZ ELLIS / PAYROLL | $1,000 | 97 | 30-Nov |
| ROTHCHILD GROUP | $2,000 | 98 | 7-Dec |
| VOID | | 99 | |
| SALVATORE TRIZZNO /LACKSMITH /BKLY LAW | $2,000 | 10100 | 8-Dec |
| TOMAS DALEY /PAYROLL | $2,000 | 101 | 8-Dec |
| HARRY HUBERT /PAYROLL | $2,000 | 102 | 8-Dec |
| CHAZ ELLIS / PAYROLL | $1,167 | 103 | 8-Dec |
| JOHN T LOMIO / PAYROLL | $2,000 | 104 | 8-Dec |
| ADCO ELE. /QUAD GRAPH / WIRE | $20,000 | 105 | 8-Dec |
| JOHN LOMIO | $700 | 106 | 13-Dec |
| LARRY RUSH | $1,000 | 107 | 14-Dec |
| VOID | | 108 | |
| CHAZ ELLIS / PAYROLL | $640 | 109 | 16-Dec |
| VOID | | 110 | |
| JOHN LOMIO | $1,000 | 111 | 16-Dec |
| VOID | | 112 | |
| TOMAS DALEY /PAYROLL | $1,500 | 113 | 21-Dec |
| JOHN LOMIO | $400 | 114 | 21-Dec |
| JOHN LOMIO | $350 | 115 | Dec |
| VOID | | 116 | |
| VOID | | 117 | |
| DIGINAI ALARMS / RAZI | $1,235.40 | 118 | 11-Jan |
| | | | |
| | | | |
| | | | |
| ACCOUNT CLOSED FEB 1,2018 /BAL $13.27 | | | |
| | | | |

| Debtor | JTL Construction Corp. | Case number *(if known)* | 18-22098 |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Forward Financing LLC vs. JTL Construction Corp., Et Al. 17 CV 12268 [NMG]** | | **U.S. District Court, District of Mass.** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Complete Business Solutions Group, Inc. vs. JTL Construction Corp., et al. October Term - Case ID: 171003410** | | **Philadelphia Cty, Ct of Common Pleas** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **KEW Management Corporation vs. JTL Contracting Corp. Index # 68043/17 - Marshal Dock # 5521** | | **NYC Civil Court, NY Cty** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Kenneth Saas vs. JTL Construction Corp., et al. 50597/18** | | **NYS Supreme Ct, Westchester Cty** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. **Kaback Enterprises, Inc., etc. vs. JTL Construction Corp., et al. 657013/2017** | | **NYS Supreme Ct, NY Cty** | ■ Pending ☐ On appeal ☐ Concluded |

| Debtor | JTL Construction Corp. | | Case number *(if known)* | 18-22098 |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | **Pitkin Carpet Contracting Corp. etc. vs. JTL Construction Corp. etc.**<br>28631/2017 | | **NYC Civil Ct, NY Cty** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Long Island Concrete, Inc., etc. vs. JTL Construction Corp., et al.**<br>655602/2017 | | **NYS Supreme Ct, NY Cty** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Burgess Steel Erectors of New York, LLC vs. JTL Construction Corp.**<br>656985/17 | | **NYS Supreme Ct, NY Cty** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☑ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

---

| Debtor | JTL Construction Corp. | | Case number *(if known)* | 18-22098 |

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

3/01/18 9:36AM

Debtor    **JTL Construction Corp.**                                            Case number *(if known)* **18-22098**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**   **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor    __JTL Construction Corp._____    Case number *(if known)* __18-22098__

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

| Name and address | Date of service<br>From-To |
|---|---|
| | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑  No
☐  Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

Debtor    **JTL Construction Corp.**                                                Case number *(if known)*  **18-22098**

---

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

---

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  1, 2018**

**/s/ John Lomio**                                              **John Lomio**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

---

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of New York

In re **JTL Construction Corp.**

Debtor(s)

Case No. **18-22098**

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 10,000.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 10,000.00 |

2. The source of the compensation paid to me was:

   ☐ Debtor   ■ Other (specify): **Alice Lomeo**

3. The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**March  1, 2018**
*Date*

**/s/ Robert L. Rattet**
**Robert L. Rattet 1674118**
*Signature of Attorney*
**Rattet PLLC**
**202 Mamaroneck Avenue**
**Suite 300**
**White Plains, NY 10601**

*Name of law firm*

3/01/18  9:36AM

# United States Bankruptcy Court
## Southern District of New York

In re  **JTL Construction Corp.**

_____
Debtor(s)

Case No.    **18-22098**
_____

Chapter    **11**
_____

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **John Lomio**<br>**17 Shelly Ave**<br>**Hartsdale, NY 10530** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    **March  1, 2018**
_____

Signature    **/s/ John Lomio**
_____
**John Lomio**

_Penalty for making a false statement of concealing property:_ Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re    **JTL Construction Corp.**

Debtor(s)

Case No.    **18-22098**

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **March  1, 2018**

**/s/ John Lomio**
**John Lomio/President**
Signer/Title

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

.

38 STREET HARDWARE
1385 BROADWAY
NEW YORK, NY 10018


A-1 MECHANICAL CONTRACTING
151 W. INDUSTRY CT
DEER PARK, NY 11279


ACCESS PLUMBING
151 28TH STREET
BROOKLYN, NY 11232


ADCO ELECTRIC
201 EDWARD CURRY AVE.
STATEN ISLAND, NY 10314


ALCHEMY LOCKSMITH
473 FDR DRIVE K1404
NEW YORK, NY 10002


ATLANTIC STEEL
74 RAILROAD AVE
PATERSON, NJ 07501


ATLAS ACON ELECTRIC
283 HUDSON STREET
NEW YORK, NY 10003


AUTHENTIC BRANDS GROUP LLC
100 WEST 33RD ST
STE 1007
NEW YORK, NY 10001


BELLE LIGHTING
225 WEST 34 STREET
STE 1518
NEW YORK, NY 10122


BLACK HAWK INC
194 A MILLER INC
HICKSVILLE, NY 11801

BURGESS STEEL
200 WAKE FOREST AVE
PO B 5629
ENGLEWOOD, NJ 06731


CAPITAL MERCHANT SERVICES


CAPITAL ONE BANK
MCLEAN HEADQUARTERS
1680 CAPITAL ONE DRIVE
MC LEAN, VA 22102-3491


CARPET FASHION
501 FIFTH AVE
RM 1144
NEW YORK, NY 10017


CLAY DRYWALL
333 TEN EYCK ST
BROOKLYN, NY 11232


COMMERCIAL ELECTRIC
1028  47TH AVE
LONG ISLAND CITY, NY 11101


COMPLETE BUSINESS SOLUTIONS
    GROUP, INC.
141 N. 2ND STREET
PHILADELPHIA, PA 19106


CORPORATE GLASS SOLUTIONS
385 VINYARD AVE
HIGHLAND, NY 12528


COSMOPOLIAN PAINTING
111 JOHN STREET
NEW YORK, NY 10038


D & N
25-54  14TH STREET
ASTORIA, NY 11102

DFB SALES
2108 BORDON AVE
LIC, NY


DOORTEC
236  46TH STREET
BROOKLYN, NY 11220


DRIMMERS
1608 CONEY ISLAND AVE
BROOKLYN, NY 11230


DSF MILLWORK
401 US 202
RARITAN, NJ 08869


DUANE MORRIS
1540 BROADWAY
NEW YORK, NY 10036


DYNAMIC CONSTRUCTION
30 ALICE LANE
SMITHTOWN, NY 11787


ELECTROTECH SERVICES
39 WEST 14TH STREET
NEW YORK, NY 10011


EXPRESSIVE LIGHTING
245  8TH STREET
BROOKLYN, NY 11220


FEDERAL EXPRESS
P.O. BOX 371461
PITTSBURGH, PA 15250-7461


FIREQUEST
151  28TH STREET
BROOKLYN, NY 11232


FORWARD FINANCING LLC
ATTN: KIM EMERLING
36 FROMFIELD ST - SUITE 210
BOSTON, MA 02108

FORWARD FINANCING LLC
ATTN: KIM EMERLING
36 BROMFIELD ST - SUITE 210
BOSTON, MA 02108


GOODMARK LIGHTING
232 MADISON AVE
SUITE 300
NEW YORK, NY 10016


GRANITE STATE INSURANCE
C/O FITZPATRICK
401 SCHOOLHOUSE
CENTER VALLEY, PA


HARDWARE HANDYMAN OF NYC INC.
1385 BROADWAY
NEW YORK, NY 10018


HIGH RISE FIRE
144  21ST STREET
BROOKLYN, NY 11232


HIGHLAND GLASS
385 VINEYARD AVE
HIGHLAND, NY 12528


HOFFMAN FLOOR COVERING INC
2 COMMERCE DR
FARMINGDALE, NY 11735


INTERNAL REVENUE SERVICE
SPECIAL PROCEDURES
P.O. BOX 21126
PHILADELPHIA, PA 19114


JKB SERVICES
150 REMMINGTON BLVD
RONKONKOMA, NY 11779


JOHN LOMIO
17 SHELLY AVENUE
SCARSDALE, NY 10583

JOHN LOMIO
17 SHELLY AVENUE
SCARSDALE, NY 10583


JOHN LOMIO
17 SHELLY AVENUE
SCARSDALE, NY 10583


JOHN LOMIO
17 SHELLY AVENUE
SCARSDALE, NY 10583


KABACK ENTERPRISE
45 WEST 33RD STREET
NEW YORK, NY 10010


KASH CAPITAL
475 NORTHERN BLVD
FLR 3 - SUITE 36
GREAT NECK, NY 11021


KEW MANAGEMENT CORPORATION
1123 BROADWAY
SUITE 407
NEW YORK, NY 10010


KI WALLS
PO BOX 20456
DALLAS, TX 75320


LANDMARK PAINT
10 DUBON CT
FARMINGDALE, NY 11735


LITESPEED ELECTRIC
135 WEST 29TH STREET
NEW YORK, NY 10001


LONG ISLAND CONCRETE
215-10 HEMPSTEAD AVE
QUEENS VILLAGE, NY 11429

LOVELL SAFETY MANAGEMENT CO
110 WILLIAM ST
12TH FLOOR
NEW YORK, NY 10038


LPA LIGHTING
4 EAST 11TH STREET
NEW YORK, NY 10003


M & D DOORS
70 FLUSHING AVENUE
BROOKLYN, NY 11205


MARJAM
885 CONKLIN ST.
FARMINGDALE, NY 11735


MAURICE NESHEIWAT
1916 GARY ROAD
STEWARTSVILLE, NJ 08886


METROPOLIS EXPRESS
1123 BROADWAY
3RD FLOOR
NEW YORK, NY 10010


MURAFLEX
5502 NOTRE-DAM EST
MONTREAL QUEBEC HIN2C4


NY CITY BLINDS
2673 BROADWAY
NEW YORK CITY, NY


NY WINDOW FILM CO, INC.
87 GAZZA BLVD
FARMINGDALE, NY 11735


NYC DEPT OF FINANCE
66 JOHN STREET - ROOM 104
NEW YORK, NY 10038


NYS DEPT OF TAXATION & FINANCE
P.O. BOX 5149
ALBANY, NY 12205

```
OFFICE OF THE U.S. TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10004


ON POINT



PAR PLUMBING
60 N. PROSPECT AVE
LYNBROOK, NY 11563


PITKIN CARPET
249 WEST 34TH STREET
SUITE 403
NEW YORK, NY 10018


RAEL SPRINKLER
1750 PLAZA AVE
NEW HYDE PARK, NY 11040


REDOUANE BENALI DAB
    RCK PLUMBING
200 NASSAU AVE - APT 1L
BROOKLYN, NY 11222


RESCOM WOODWORKING
810 HUMBOLT ST
BROOKLYN, NY


ROBERT MARCH MANAGEMENT
1915 MCDONALD AVE
BROOKLYN, NY


ROWAN CONSTRUCTION



SAMUEL HARRISON DELIVERY
172-26  144 AVE
QUEENS, NY 11434


SECURITY BY DESIGN
155 SULLIVAN LANDE
WESTBURY, NY 11590
```

SILVERSLATE GROUP
149 MADISON AVENUE
SUITE 202
NEW YORK, NY 10016


SIRINA FIRE PROTECTION GROUP
100 HERRICKS RD
GARDEN CITY, NY 11040


SMART SPACE
16 EAST 40TH STREET
NEW YORK, NY 10016


SOPHISTCATED RENOVATIONS INC
19 DANK CT
BROOKLYN, NY 11223


SPECTRUM BUSINESS
41-61 KISSENA BLVD
FLUSHING, NY 11355


SPIRAL CONSTRUCTION
383 MCLEAN AVE
YONKERS, NY 10704


STANDARD FIRE
10 CAIN DRIVE
BRENTWOOD, NY


STATE INSURANCE FUND
199 CHURCH ST
NEW YORK, NY 10007


TITAN BUILDERS
373 HERZEL ST
BROOKLYN, NY 11212


TOPSTONE
149 MADISON AVENUE
NEW YORK, NY 10016


TOUCHTELL ELECTRIC
1897 CLOVE RD
STATEN ISLAND, NY 10304

UNIVERSAL PLUMBING CORP
2184 N. FEHR WAY
BAY SHORE, NY 11706


VAC PARTITIONS
2717 OCEANSIDE RD
OCEANSIDE, NY 11572


VITRO GLASS
30-94 31ST STREET
ASTORIA, NY 11102


WSP PLUMBING
195 28TH STREET
BROOKLYN, NY 11232


YELLOW STONE
1 EVERTRUST PLAZA
JERSEY CITY, NJ 07302

# United States Bankruptcy Court
## Southern District of New York

In re   __JTL Construction Corp.__ _____  Case No. __18-22098__
                                    Debtor(s)                  Chapter  __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __JTL Construction Corp.__  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

__March  1, 2018__ _____       __/s/ Robert L. Rattet__ _____
Date                                              __Robert L. Rattet 1674118__
                                                  Signature of Attorney or Litigant
                                                  Counsel for   __JTL Construction Corp.__ _____
                                                  __Rattet PLLC__
                                                  __202 Mamaroneck Avenue__
                                                  __Suite 300__
                                                  __White Plains, NY 10601__